PATRICK H. HICKS, ESQ., Bar No. 004632
KELSEY STEGALL, ESQ., Bar No. 14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: phicks@littler.com
Email: kstegall@littler.com

Attorneys for Defendant
THE ASNY COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEBRA PERRY,<br><br>    Plaintiff,<br><br>vs.<br><br>THE ASNY COMPANY, a Delaware Limited Liability company,<br><br>    Defendant. | Case No. 2:21-cv-00449-RFB-EJY<br><br>**DEFENDANT'S STATUS REPORT REGARDING DISMISSAL PAPERWORK** |

Defendant THE ASNY COMPANY, LLC ("Defendant"), by and through its counsel of record, hereby submits the following Status Report regarding settlement:

1. On June 29, 2021, the parties participated in an Early Neutral Evaluation where a settlement was reached, (ECF No. 14).

2. A settlement agreement has been provided and is currently being discussed as to additional terms between the parties.

3. The parties are currently ironing out the final terms of the agreement in anticipation of executing it shortly.

4. Defense counsel reached out to Plaintiff's counsel on August 3, 2021, to submit a stipulation to extend time, but because Plaintiff's counsel did not respond in time, Defense counsel is filing the instant Status Report in compliance with the Court's Minute Order, (ECF No. 14).

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 HOWARD HUGHES PARKWAY
SUITE 300
LAS VEGAS, NV 89169-5937
702.862.8800

4. Because the settlement agreement has not yet been finalized, Defense counsel is requesting an additional sixty (60) days within which to file dismissal paperwork, or another status report regarding settlement. Moreover, if Plaintiff's counsel is in agreement, the parties will submit a stipulation reflecting the same.

Dated: August 3, 2021

Respectfully submitted

PATRICK H. HICKS, ESQ.
KELSEY STEGALL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
THE ASNY COMPANY

2.

Littler Mendelson, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800