# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEBRA PERRY,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>THE ASNY COMPANY,<br><br>　　　　Defendant(s). | Case No. 2:21-cv-00449-RFB-EJY<br><br>**Order**<br><br>[Docket No. 15] |

Pending before the Court is Defendant's status report seeking an extension of time to file dismissal papers following the settlement reached at the early neutral evaluation.  Docket No. 15. As an initial matter, requests for relief must be presented in the form of a stipulation or a motion. Local Rules 7-1(a), 7-2(a).  Although the Court will entertain the request submitted in the form of a status report in this instance, it may not do so in the future.  In addition, the status report seeks a 60-day extension to the deadline for dismissal papers without providing any meaningful explanation as to why such a lengthy period is required for what should be a routine matter. *See* Docket No. 15 at 1.  The Court will allow a 14-day extension based on the circumstances presented.

Accordingly, the request for extension within the status report is **GRANTED** in part and **DENIED** in part.  The deadline for dismissal papers is **EXTENDED** to August 17, 2021.

IT IS SO ORDERED.

Dated: August 4, 2021

　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge