Patrick H. Hicks, Bar No. 004632
phicks@littler.com
Kelsey E. Stegall, Bar No. 14279
kstegall@littler.com
LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada  89169.5937
Telephone:    702.862.8800
Fax No.:        702.862.8811

Attorneys for Defendant
THE ASNY COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEBRA PERRY,<br><br>             Plaintiff,<br><br>   v.<br><br>THE ASNY COMPANY, a Delaware Limited Liability company,<br><br>             Defendant. | Case No. 2:21-cv-00449-RFB-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |

   Plaintiff DEBRA PERRY ("Plaintiff") and Defendant THE ASNY COMPANY ("Defendant") (collectively "the parties"), by and through their respective counsel of record, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

   The parties agree that neither party shall be deemed to be a prevailing party in this action, and

/ / /

/ / /

/ / /

1                                                                                                         2:21-CV-00449-RFB-EJY

that neither party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available.

Dated: August 26, 2021

LAW OFFICES OF MICHAEL P. BALABAN

/s/ Michael P. Balaban, Esq.
MICHAEL P. BALABAN, ESQ., #009370
10726 Del Rudini Street
Las Vegas, NV 89141

Attorney for Plaintiff
DEBRA PERRY

Dated: August 26, 2021.

Dated: August 26, 2021

LITTLER MENDELSON, P.C.

PATRICK H. HICKS, ESQ., #004632
KELSEY E. STEGALL, ESQ., #14279
3960 Howard Hughes Parkway, Ste.300
Las Vegas, Nv 89169-5937

Attorneys for Defendant
THE ASNY COMPANY

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Court

4817-6763-8000.1 / 077839-1003